2 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

JORDAN ANTHONY PEARCE

*Defendant*

Case No. **6:25-cr-00108**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JORDAN ANTHONY PEARCE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 18 U.S.C. 7(3) & 2244(a)(5) – Abusive Sexual Contact;

COUNT TWO: 18 U.S.C. 7(3) & 2243(a) – Sexual Abuse of a Minor

Date: 04/08/2025

L Diaz
*Issuing officer's signature*

City and state: WACO, TX

L. Diaz, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/8/25 , and the person was arrested on *(date)* 6/3/2025
at *(city and state)* Memphis, TN

Date: 6/3/2025

*Arresting officer's signature*

Madison Futrell
*Printed name and title*